# United States Court of Appeals
## For the First Circuit

No. 15-1290

IN RE: PROGRAF ANTITRUST LITIGATION

---

LOUISIANA HEALTH SERVICE INDEMNITY COMPANY, individually and all others similarly situated, d/b/a Blue Cross Blue Shield of Louisiana; JANET M. PAONE, on behalf of herself and of all others similarly situated

Plaintiffs - Appellees

BURLINGTON DRUG COMPANY INC.; JUDITH CARRASQUILLO, on her behalf and on behalf of all others similarly situated; KING DRUG COMPANY OF FLORENCE INC.; NEW MEXICO UFCW UNION'S AND EMPLOYER'S HEALTH AND WELFARE TRUST FUND; PLUMBERS AND PIPEFITTERS LOCAL 572 HEALTH AND WELFARE FUND, individually and on behalf of all others similarly situated; STEPHEN L. LAFRANCE HOLDINGS, INC., a/k/a SAJ Distributors; STEPHEN L. LAFRANCE PHARMACY, INC., a/k/a SAJ Distributors; UNIONDALE CHEMISTS, INC.; LOUISIANA WHOLESALE DRUG COMPANY, INC.

Plaintiffs

v.

ASTELLAS PHARMA US, INC.

Defendant - Appellant

---

**MANDATE**

Entered: January 27, 2017

In accordance with the judgment of January 27, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Aaron Alexis
Jodi-Ann Arias
Don Barrett
Edward Breivik
Brian D. Brooks
Blythe H. Chandler
Glen DeValerio
James R. Dugan II
Benjamin Andrew Gastel
Bruce E. Gerstein
Thomas M. Greene
James Holmes
Lewis Scott Joanen
Kristen Johnson
Joey Paul Leniski Jr.
Elizabeth K. Levine
Jessica Rose MacAuley
Christopher Michael Morrison
Leah Marie Nicholls
Nathaniel L. Orenstein
Douglas Robert Plymale
Jonathan Rich
David M. Schiffman
Susan C. Segura
Thomas M. Sobol
James Gerard Stranch IV
Michael A. Tabb
Evan Mark Tager
Jimmy James Thule
Kathryn L. Comerford Todd
John W. Treece
Richard M. Zielinski